## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | ) | **CASE NO. 1:19-cr-38 (2)** |
| **OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **JUDGE JOHN R ADAMS** |
| | ) | |
| | ) | |
| **ANGELA MEEKS** | ) | **MOTION TO DISMISS** |
| **Defendants.** | ) | |

Now comes the Attorney, **Erik E. Jones**, and hereby requests an order from this Honorable Court granting the instant Motion to Dismiss. As grounds, Defendant, Angela Meeks is deceased. Defendant passed due to cardiopulmonary arrest, malnourishment and grief. Attached hereto as Exhibit A is the death certificate.

Respectfully submitted,

/s/ *Erik E. Jones*
Erik E. Jones, Esq. (0075418)
137 South Main Street, Suite 102
The Delaware Building
Akron, Ohio 44308
Phone  (234) 208-5020
Fax     (234) 205-2687
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2019, a copy of the Motion filed electronically, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/ *Erik E. Jones*
Erik E. Jones (0075418)
*Attorney for Defendant*