# Ohio Department of Health – Vital Statistics
## CERTIFICATE OF DEATH

Primary Reg. Dist. No. 1835
Registrar's No. 1200-20/00972
State File No. 2019075964

### DECEDENT

- **1. Decedent's Legal Name:** ANGELA PRISCILLA MEEKS
- **2. Sex:** FEMALE
- **3. Date of Death:** AUGUST 07, 2019
- **4. Social Security Number:** (redacted)
- **5a. Age (Years):** 60
- **6. Date of Birth:** JANUARY 02, 1959
- **7. Birthplace (City and State or Foreign Country):** FORT PAYNE, ALABAMA
- **8a. Residence State:** OHIO
- **8b. County:** CUYAHOGA
- **8c. City or Town:** WARRENSVILLE HEIGHTS
- **8d. Street Address and Zip Code:** 22407 FELCH STREET 44128
- **9. Ever in US Armed Forces?:** NO
- **10. Marital Status at Time of Death:** NEVER MARRIED
- **11. Surviving Spouse's Name:** —
- **12. Decedent's Education:** HIGH SCHOOL GRADUATE OR GED
- **13. Decedent of Hispanic Origin:** NO
- **14. Decedent's Race:** BLACK
- **15. Father's Name:** UNKNOWN UNKNOWN
- **16. Mother's Name (prior to first marriage):** EDDIE RUTH MEEKS
- **17a. Informant's Name:** CYNTHIA MEEKS
- **17b. Relationship to Decedent:** SISTER
- **17c. Mailing Address:** 11212 PLYMOUTH AVE, GARFIELD HEIGHTS, OHIO 44125
- **18a. Place of Death:** HOSPITAL - INPATIENT
- **18b. Facility Name:** SOUTH POINTE HOSPITAL
- **18c. City or Town, State and Zip Code:** WARRENSVILLE HEIGHTS, OH 44122
- **18d. County of Death:** CUYAHOGA

### DISPOSITION

- **19. Funeral Service Licensee or Other Agent:** QUINTESSA L TIGGS
- **20. License Number:** 009377
- **21. Name and Complete Address of Funeral Facility:** E F BOYD & SON FUNERAL HOME, 2165 E 89TH ST, CLEVELAND, OH 44106
- **22. Method and Place of Disposition:** CREMATION - UNIVERSITY CIRCLE CREMATORY, CLEVELAND, OH
- **23. Local Registrar:** (signature) Andrea Kacinari
- **24. Date Filed:** 8-16-19

### CERTIFIER

- **26a. Certifier:** ☒ Certifying Physician
- **26b. Time of Death:** 4:23 AM
- **26c. Date Pronounced Dead:** August 7, 2019
- **26d. Was Case Referred to Medical Examiner or Coroner?:** NO
- **26e. Certifier Name and Title:** Darci Friedman, MD
- **26f. License number:** 35.089939
- **26g. Date Signed:** 8/14/2019
- **27. Name and Address of Person Who Completed Cause of Death:** DARCY FRIEDMAN, 29125 CHAGRIN BLVD, PEPPER PIKE, OH 44122

### CAUSE OF DEATH

- **28. Part I.**
  - a. Immediate Cause: cardiopulmonary arrest
  - b. Due to: malnourishment
  - c. Due to:
  - d. Due to:
  - Underlying Cause: price (?)
- **Part II. Other significant conditions:** —
- **30. Did Tobacco Use Contribute to Death?:** Unknown
- **31. Female, Pregnancy Status:** Not pregnant within past year
- **32. Manner of Death:** ☒ Natural
- **33a. Date of Injury:** —
- **33b. Time of Injury:** —
- **33c. Place of Injury:** —
- **33d. Injury at Work?:** No
- **33e. Location of Injury:** —
- **33f. Describe How Injury Occurred:** —
- **33g. If Transportation Injury, Specify:** —
- **29a. Was An Autopsy Performed?:** No
- **29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?:** Not Applicable

---

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.

Andrea Kacinari, Registrar

AUG 27 2019

(signature) Andrea Kacinari

**EXHIBIT A**

HEA 2724 Rev. 08/18 — REV. 7/2015